IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DANSCUK, | No. C -12-05875 EDL |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE MEDIATION DEADLINE** |
| v. | |
| UNITED AIR LINES INC, | |
| Defendant. | |

On August 8, 2013, Defendant filed an administrative motion to continue the September 3, 2013 mediation deadline. On August 9, 2013, Plaintiff filed a declaration of counsel "in clarification and supplementation" of Defendant's administrative motion. It appears that there is no dispute that the mediation deadline should be continued, which could have been achieved through a stipulation rather than a motion. Accordingly, the mediation deadline is extended to December 3, 2013.

In its June 12, 2013 Case Management Scheduling Order, the Court ordered the parties to meet and confer to agree on a limited number of depositions to occur prior to mediation. It appears from the parties' filings that they have not yet agreed on that number. In fact, it appears that as of this date, the parties have failed to take any depositions at all in this case, even though the mediation deadline was set for September 3, 2013. Thus, the Court orders the parties to meaningfully meet and confer in person or on the telephone no later than August 19, 2013 to agree on a limited number of depositions and any other discovery to occur prior to mediation, and to file a joint plan regarding discovery to be taken prior to mediation no later than August 22, 2013.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2