BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
807 E St.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 453-8269
Email: bhuber@huberlawfirm.net

Attorneys for Plaintiff
CHRISTINE DANSCUK

DEBORAH J. BROYLES (SBN 167681)
Email: dbroyles@reedsmith.com
TIFFANY RENEE THOMAS (SBN 239085)
Email: tthomas@reedsmith.com
REED SMITH LLP
101 Second Street, Ste 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
UNITED AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DANSCUK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | NO. C 12-5875 EDL<br><br>**JOINT DISCOVERY STATEMENT PURSUANT TO AUGUST 12, 2013 COURT ORDER**<br>AND ORDER<br>Ctrm: E, 15th Fl.<br>Judge: Hon. Elizabeth D. Laporte |

　　　　Pursuant to this Court's August 12, 2013 Order Granting Defendant's Administrative Motion to Continue Mediation Deadline, Plaintiff Christine Danscuk ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant") (together the "Parties") jointly submit this

1  Proposed Discovery Order to the Court to supplement the previous Case Management Order in
2  this case as to depositions only.
3  **THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:**
4      The June 5, 2013 Case Management and Pretrial Order permits each Party to take 10
5  depositions in this matter prior to the discovery cut-off before trial and orders the parties to
6  meet and confer regarding a limited number of depositions prior to mediation. Pursuant to the
7  Court's August 12, 2013 Order Granting Defendant's Administrative Motion to Continue
8  Mediation Deadline and based on counsels' meet and confer discussion on August 15, 2013, the
9  Parties agree to limit the number of depositions to be taken by either party prior to mediation to
10 three each.
11     Specifically, the parties have agreed to produce Plaintiff and three of Defendant's
12 witnesses for deposition during the last week of September 2013 or first week of October 2013.
13 The parties agree to the following deposition schedule:
14     Plaintiff: September 24, 2013
15     Jimmy Chiang: September 27, 2013
16     Peter Haralabopoulos: October 1, 2013
17     Robert Smith: October 3, 2013.
18     All other discovery, including special interrogatories, document requests and requests
19 for admissions remain as set forth in the June 5, 2013 Case Management and Pretrial Order.
20
21 DATED: *August 22, 2013*                HUBER LAW FIRM
22                                           By: *[signature]*
23                                                 BETH A. HUBER
                                                Attorney for Plaintiff
24                                                 CHRISTINE DANSCUK
25 DATED: August 20, 2013               REED SMITH LLP
26                                           By: /s/ Tiffany Renee Thomas
27                                                 DEBORAH J. BROYLES
                                                TIFFANY RENEE THOMAS
28                                                 Attorney for Defendants
                                                UNITED AIRLINES INC

**IT IS SO ORDERED**

The Discovery Plan as submitted above is hereby adopted by the Court in addition to the Case Management and Pretrial Order for Jury Trial dated June 5, 2013.

DATED: August 23, 2013



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge